**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 1:16-cv-23931-UU**

**ANYEE CALDERON, *et. al.*,**

**Plaintiffs,**

**v.**

**LAS OLAS CAFÉ, LLC, *et. al.***

**Defendants.**

_______________________________________/

**ORDER APPROVING SETTLEMENT**
**AND DISMISSING ACTION WITH PREJUDICE**

**THIS MATTER** is before the Court upon the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice in the above-styled case. The Court, having considered the Joint Motion, having reviewed the parties' Settlement Agreement, and being duly advised in the premises, it is therefore:

**ORDERED AND ADJUDGED** that said Joint Motion is hereby **GRANTED.** The Court finds that the terms of settlement on Plaintiffs' FLSA claims are fair, reasonable and just under the circumstances. Accordingly, the Court approves all of the terms of settlement and dismisses the above-captioned action, in its entirety, as to all parties, with prejudice, the parties to bear their own costs, fees, and expenses, except as set forth in the Settlement Agreement with respect to the payment of attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the parties' settlement, should such enforcement become necessary.

**DONE AND ORDERED** in Chambers, in Miami-Dade County, Florida this _____ day of ______________, 2017.

_______________________________
**UNITED STATES DISTRICT JUDGE**